# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv249

| | |
|---|---|
| JAMES HARDIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CREDIT MANAGEMENT, LP, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Motion to Stay [# 16]. Defendant moves to stay this case pursuant to the primary jurisdiction doctrine. Plaintiff, who is represented by counsel, failed to file a response to the motion. Accordingly, the Court directed Plaintiff to file a response by Monday, August 25, 2014. (Order, Aug. 21, 2014.) In addition the Court instructed "Plaintiff that it will consider the failure to respond to the motion in the time allotted by this Order to constitute consent to the motion and to staying this case." (Id.) Plaintiff did not respond to the Court's Order or the Motion to Stay. Accordingly, the Court construes Plaintiff's failure to respond to constitute consent to staying this case. The Court **GRANTS** the motion [# 16] and **STAYS** these proceedings pending further Order of the Court. Either party may move to lift the stay within thirty (30) days of the FCC ruling on the relevant petitions pending before it. The Court will enter a new

-1-

Pretrial Order upon lifting the stay.  The Court **DENIES as moot** the Motion for Extension of Time [# 18].

Signed: August 28, 2014

_____
Dennis L. Howell
United States Magistrate Judge
