IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv249

| JAMES HARDIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CREDIT MANAGEMENT, LP, | ) | |
| Defendant. | ) | |

Pending before the Court is the Motion to Lift Stay [# 24]. Previously, the Court stayed this action pending a ruling by the Federal Trade Commission ("FTC"). The parties now represent to the Court that the FTC recently issued the pertinent ruling, and both parties move the Court to lift the stay. Upon a review of the motion and the record, the Court **GRANTS** the motion [# 24]. The Court **LIFTS** the Stay in these proceedings. The Court will issue a new Pretrial Order and Case Management Plan in this case.

Signed: September 3, 2015

Dennis L. Howell
United States Magistrate Judge